UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TROY GILMORE**                              **CIVIL ACTION**

**VERSUS**                                    **NO. 07-1614**

**ST. TAMMANY PARISH**                        **SECTION "A"(5)**
**SHERIFF'S OFFICE**

## REPORT AND RECOMMENDATION

Plaintiff, Troy Gilmore, a prisoner incarcerated in the Morehouse Parish Jail in Bastrop, Louisiana, filed this pro se and in forma pauperis complaint pursuant to 42 U.S.C. §1983 against the St. Tammany Parish Sheriff's Office. Plaintiff is seeking damages from the St. Tammany Parish Sheriff's Office in connection with the alleged excessive force used in connection with his arrest on a probation violation.

A proceeding brought in forma pauperis may be dismissed as frivolous under 28 U.S.C. §1915(e)(2)(B)(i) if the claim alleged therein has no arguable basis in law and fact, Booker v. Koonce, 2 F.3d 114 (5th Cir. 1993), or if it fails to state a claim upon which relief can be granted. 28 U.S.C. §1915(e)(2)(B)(ii). Giving the

instant complaint a liberal reading, it is recommended that it be dismissed as frivolous and for failing to state a claim upon which relief can be granted.

It is well-established that a sheriff's office, such as the St. Tammany Parish Sheriff's Office, "is not a legal entity capable of being sued...."  Cozzo v. Tangipahoa Parish Council--President Government, 279 F.3d 273, 283 (5th Cir. 2002); see also Ruggiero v. Litchfield, 700 F.Supp. 863, 865 (M.D. La. 1988); Adams v. St. Tammany Parish Sheriff's Office, 2006 WL 2983020, *4 (E.D. La. 2006).

Accordingly;

### RECOMMENDATION

It is hereby **RECOMMENDED** that plaintiff's Section 1983 action be **DISMISSED WITH PREJUDICE.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996)

(<u>en</u> <u>banc</u>).

New Orleans, Louisiana, this <u>  7th  </u> day of <u>   June   </u>, 2007.

                                                        */s/ Alma L. Chasez*
                                               ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE